**Order filed, February 15, 2018.**



In The

# Court of Appeals
### For The
# First District of Texas
_____

## NO. 01-17-00936-CV

### ANNA AMBOREE, Appellant

### V.
### MICHELLE BONTON, ELLIS BONTON, ELLIS INDUSTRIES. INC., THE EDUCATION VALET, INC., SONIA JORDAN, DANIELLE HARRISON AND DECOUNDER THOMPSON, Appellee

---

### On Appeal from the 157th District Court
### Harris County, Texas
### Trial Court Case 2012-55684

---

### ORDER

The reporter's record in this case was due February 12, 2018. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order, the official (or substitute) court reporter, to file the record in this appeal, if any, **within 30 days** of the date of this order.

PER CURIAM